# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil No. 06-3097-CV-S-FJG |
| ) | |
| **$35,217.16 in U.S. Currency,** ) | |
| ) | |
| **Defendant.** ) | |

## FINAL ORDER OF FORFEITURE

Before the Court is plaintiff's Motion for Final Order of Forfeiture. On March 7, 2006, the United States filed a civil forfeiture complaint against the defendant $35,217.16 in U.S. Currency which was seized from Claimant Sondai Harris on October 4, 2005. Claimant Harris and the United States have reached a stipulation of settlement as to Harris's claim, and the Stipulation was filed with the Court on April 28, 2006. The United States also completed the publication process, to give notice of the forfeiture to third parties. The Proof of Publication was filed with the Court on June 13, 2006.

No third parties have filed a claim to the defendant currency. Therefore, any third-party interests are barred by failure of those parties to file a timely petition. It is now appropriate for the Court to enter a final order of forfeiture, in accordance with the terms of the Stipulation between the United States and Claimant Harris. The parties have agreed that the United States will release to the Claimant $11,739.00 of the defendant $35,217.16 in United States currency, which is the subject of this action, by the issuance of a check by the United States Marshals Service made payable to C. Ross Rhoades, Attorney for Sondai Harris. The Claimant has agreed to the forfeiture of $23,478.16 of the defendant $35,217.16 in United States currency to

the United States pursuant to 21 U.S.C. § 881(a)(6).

Therefore, it is hereby

ORDERED that plaintiff's Motion for Final Order of Forfeiture is granted. It is further

ORDERED that the following property is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853(n):

$23,478.16 of the defendant United States currency. It is further

ORDERED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law. It is further

ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order. It is further

ORDERED that the Clerk of the Court shall forward three certified copies of this Order to the United States Attorney's Office, Attention: Cynthia J. Hyde, Assistant U.S. Attorney 901 St. Louis, Suite 500, Springfield, MO 65806-2511.

/s/Fernando J. Gaitan, Jr.
Fernando J. Gaitan
United States District Judge

Dated this _7th_ day of ___August___, 2006.